UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY ROSS,

       Plaintiff,

                                             Case No. 1:26-cv-1048

v.

                                             HON. JANE M. BECKERING

JOY CAMPANELLI, et al.,

       Defendants.

_____/

**ORDER**

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 7) on April 6, 2026, recommending that the Court dismiss Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim.  The Magistrate Judge also recommended that, should Plaintiff appeal the decision, the Court assess the $605.00 appellate filing fee.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for lack of subject matter jurisdiction and failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: April 28, 2026                           /s/ Jane M. Beckering
                                               JANE M. BECKERING
                                             United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.